# United States Bankruptcy Court
### District of Nevada

Case No. <u>09–52341–gwz</u>
**Chapter 7**

In re: (Name of Debtor)
    LANSEL GLEN HOLLOWAY                 ELIZABETH HOLLOWAY
    3471 CASHILL BLVD.                        aka MARY ELIZABETH HOLLOWAY
    RENO, NV 89509                               3471 CASHILL BLVD.
                                                                      RENO, NV 89509

Social Security No.:
    xxx–xx–0483                                           xxx–xx–0382

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT W. DONALD GIESEKE is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 2/8/11                                             BY THE COURT

                                                           *Mary A. Schott*

                                                           Mary A. Schott
                                                           Clerk of the Bankruptcy Court