Entered on Docket
February 10, 2011

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
09-75335

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-52341-gwz |
|---|---|
| Lansel Glen Holloway and Elizabeth Holloway | Date: January 25, 2011<br>Time: 10:00 a.m.<br><br>Chapter 7 |
| Debtors. | |

### ORDER RE: WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF OF AUTOMATIC STAY

IT IS HEREBY ORDEREDM ADJUDGED AND DECREDD that the Debtors must tender payment in the amount of $4,514.19 in certified funds or cashier's check to the office of Secured Creditor's attorney, Greg L. Wilde no later than February 11, 2011.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon receiving payment Secured Creditor is bound to the terms of the loan modification negotiated with Debtor and approved by court on April 28, 2010.

<mark>

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtors must remain current on their mortgage payments. Should Debtors become delinquent on their modified mortgage obligations, Secured Creditor may file a ten (10) day Declaration of Breach. Stay will lift on the tenth (10th) day.

Submitted by:
WILDE & ASSOCIATES

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
Bret O. Whipple, Esq.
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
William Van Meter
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor